**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1624**

ERICK JHONATHAN CUBIAS-MONTOYA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: April 20, 2021                          Decided: May 13, 2021

Before AGEE and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Anser Ahmad, McLean, Virginia, for Petitioner. Jeffery Bossert Clark, Acting Assistant Attorney General, Shelley R. Goad, Assistant Director, Laura Halliday Hickein, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erick Jhonathan Cubias-Montoya, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider and reopen. We have reviewed the administrative record and the Board's order and find no abuse of discretion. 8 C.F.R. § 1003.2(a), (b)(1), (c)(1) (2020). Accordingly, we deny the petition for review for the reasons stated by the Board. *In re Cubias-Montoya* (B.I.A. May 20, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*